Lamar LoveTT
V
State of Texas

P.O. BOX 12308 Capitols Station
Austin, Texas 78711
76,670-06

RE,-D-I-DC-10-904094

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 16 2015

Abel Acosta, Clerk

To The honorable Justices of the Court of Criminal Appeals. My name is Lamar Lovett T,D,C,J #1687455 T,C,C,C #1513403. I am not an Attourney and can not be held to the same stringent standards as one.

[HN2] Faliure to observe procedure's adeqate to protect a defandats right not to be tried or convicted while incompentent to stant trial deprives him of his Due process right to a fair trial.

ALSO defendants incriminating statements made to a paid informant while confined in the same cell block as the defendant had been told by goverment Agent to be alert to any statment made by federal prisoners but not to ineciate conversation with or question defendant reguarding the charges against him were inadmissable as being deleberatly elicited from defendant in

## Prayer

I the defendant pray the court of Criminal Appeals aqit defendant of all charges in cause #D-1-DC-10-904094 and grant him all relief that he is entitled to.

## Declaration

I Lamar Lovett do declare under Penelty of perjury that all things said in this motion are true and exact

Signed

T.D.C.J #1687455 *Lamar Lovett*
T.C.C.C #1513403
Lamar Lovett
3614 Billprice Rd
Del Valle Tx, 78617

Violation of his 6th ammendament right to counsel. U.S.C.A. const amend 6 miller VS Cockrell 537 U.S 322,123 S.Ct 1029,1039.

cannot wave right to counsel massiah Crimal law 981 Key 2 statutory Reqirmet of presentance investigation with respect to the defendant who has a history of a mental illness could not be waived by defendants failure to object to lack of investigation. VERNNONS ANN TEX C.C.P art 42.12 §9i (US CONSTAMEND) 406 US 689,92 S.ct 1882. Powell v Alabama 304 US 4585 § S.ct 1019 L Ed 1491. Hamilton V Alabama 368 US 52,82 S ct 1019 L Ed 368 US, 52 L Ed 2 d 193. Messiah VS 377 US 201 84 S ct 1199 12 L Ed 2 d 1149 Gilford v California 398 US 263 S.ct 1951 18 L Ed 1178 Colman v Alabama.

2